IN THE SUPREME COURT OF THE STATE OF DELAWARE

ANTHONY GORDON, §
 § No. 182, 2025
 Defendant Below, §
 Appellant, § Court Below–Superior Court
 § of the State of Delaware
 v. §
 § Cr. ID No. 1109011777 (N)
STATE OF DELAWARE, §
 §
 Appellee. §

Submitted: June 25, 2025
Decided: July 28, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **TRAYNOR**, Justices.

## **ORDER**

After consideration of the appellant's opening brief, the State's motion to affirm, and the record on appeal, we find it evident that the judgment below should be affirmed on the basis of and for the reasons stated in the Superior Court's March 27, 2025 order denying the appellant's repetitive motion for correction of illegal sentence under Superior Court Criminal Rules 35(a) and 7.

NOW, THEREFORE, IT IS ORDERED that the State's motion to affirm be GRANTED and the judgment of the Superior Court be AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice